# United States District Court

_____ **MIDDLE** _____ **DISTRICT OF** _____ **ALABAMA** _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| OSCAR MARTINEZ-RAMIREZ | **CASE NUMBER:**  1:06mj70-DRB |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Oscar Martinez-Ramirez _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possessing with intent to distribute methamphetamine,<br>a Schedule II Controlled Substance,

in violation of Title ____ 21 ____ United States Code, Section(s) _____ 841(a)(1) _____

| | |
|---|---|
| DELORES R. BOYD | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| _Signature of Issuing Officer_ | July 20, 2006    Montgomery, Alabama |
| | Date and Location |

_____
(By) Deputy Clerk

Bail fixed at $_____ by_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest