IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-mj-70-DRB |
| | ) | |
| **OSCAR MARTINEZ-RAMIREZ** | ) | |

### UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney A. Clark Morris, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 28th of July, 2006.

> LEURA GARRETT CANARY
> UNITED STATES ATTORNEY
>
> /s/ A. Clark Morris
> A. CLARK MORRIS
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7135
> E-mail: clark.morris@usdoj.gov