IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-mj-70-DRB |
| | ) | |
| OSCAR MARTINEZ-RAMIREZ | ) | |

O R D E R

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum*, construed as a motion (Doc. 4, filed July 28, 2006), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Wakulla County Jail, Crawfordville, Florida, commanding them to deliver the said Oscar Martinez-Ramirez to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on August 30, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the 28th day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE