IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.      ) | CASE NUMBER 1:06mj70-DRB |
| ) | |
| OSCAR MARTINEZ-RAMIREZ ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE   WAKULLA COUNTY JAIL

AT   CRAWFORDVILLE, FLORIDA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETING:

WE command you, that you have the body of Oscar Martinez-Ramirez a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of Montgomery, AL   on August 30, 2006 at 10:00 o'clock A .M., to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT.**

DONE, this the 28th day of July, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____
    Deputy Clerk

*[Handwritten note]: 8/1/06 unexecuted spoke w/ Heather USMS Tallahassee. Subject is coming to US on WOR.*

RECEIVED
2006 JUL 31 A 9:03

RETURNED A...

AUG - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF A...