COURTROOM DEPUTY MINUTES  DATE: 8/9/2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:05-3:26 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: VPM   DEPUTY CLERK: sq1

CASE NO.: 1:06mj70-DRB   DEFT. NAME: Oscar MARTINEZ-RAMIREZ

USA: Snyder   ATTY: Freeman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (x) CDO
( ) Stand In ONLY

(USPTSO)/USPO: Martin

Defendant ✓ does ____ does NOT need an interpreter

Interpreter present ____ NO ✓ YES   NAME: Beverly Childress

- [x] kars. — Date of Arrest _____ or ☐ karsr40
- [x] kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- [x] kcnsl. — Deft. First Appearance with Counsel
- Deft. First Appearance without Counsel
- [x] Requests appointed Counsel   [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- [x] koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ Preliminary Hearing ☐ Set for _____
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ karr. — ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
- ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for _____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed