IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 1:06mj70-DRB |
| | * | |
| OSCAR MARTINEZ-RAMIREZ | * | |
|     Defendants. | * | |

## NOTICE OF APPEARANCE

COMES, James R. Cooper, Jr. who gives notice that he represents Mr. Ramirez.

On August 11, 2006, the Federal Public Defender solicited Mr. Cooper to represent Mr. Ramirez. The Courts have not yet issued a formal Appointment, but as a 10 days have lapsed, Mr. Cooper felt he needed to file the above notice.

RESPECTFULLY SUBMITTED,

_____
s/James R. Cooper, Jr. (COO021)
COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21 st day of August , 2006, I have served a copy of the foregoing **Notice of Appearance** upon Mr. , Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and by electronic case filing, by placing a copy of same in the United States Mail properly addressed and postage prepaid.

_____

cc:

Mr. Oscar Martinez-Ramirez
Montgomery City Jail
Montgomery, Al 36105