IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-MJ-70-DRB |
| | ) | |
| OSCAR MARTINEZ-RAMIREZ | ) | |

## ORDER

Upon consideration of the *Motion to Withdraw as Counsel,* filed by James R. Cooper, Jr., Esq., an appointed CJA attorney (Doc. 12, filed September 12, 2006), it is

**ORDERED** that this matter is set for hearing at **10:30 a.m. on Tuesday, September 19, 2006.** *The United States Marshal shall ensure the Defendant's presence*. As the Motion represents the Defendant's "very good command of the English language," the court will proceed without an interpreter. *The Clerk shall transmit a copy of this Order to the Defendant in confinement as well as to counsel of record.*

DONE this 15th day of September, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE