IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-MJ-70-DRB |
| | ) | |
| OSCAR MARTINEZ-RAMIREZ | ) | |

## ORDER

Upon notice of the ORDER filed in Case No. 1:06cr00201 on the *Motion to Withdraw as Counsel,* filed by James R. Cooper, Jr., Esq., (Doc. 12, filed September 12, 2006), it is

**ORDERED** that the *ORDER* filed this day in case no. 1:06mj-70 is hereby VACATED.

DONE this 15th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE